# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00082-MR

| | |
|---|---|
| EAGLES NEST OUTFITTERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DICK'S SPORTING GOODS, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motions for the admission of attorneys John Hansberry and David M. Magee as counsel *pro hac vice*. [Docs. 14, 15]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Defendant's motions [Docs. 14, 15] are **ALLOWED**, and John Hansberry and David M. Magee are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 18, 2018

Martin Reidinger
United States District Judge